**DICKSTEIN**SHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
TEL (212) 277-6500 | FAX (212) 277-6501 | dicksteinshapiro.com

*Writer's Direct Dial: (212) 277-6681*
*E-Mail Address: FisherE@dicksteinshapiro.com*

May 13, 2013

BY E-MAIL

The Honorable Alison J. Nathan
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Wells Fargo Bank, N.A., as Trustee for the Certificateholders of Commercial Mortgage Pass-Through Certificates, Series 2006-MF4, acting by and through Midland Loan Services, as Special Servicer and as Master Servicer v. Bank of America, N.A., No. 12-cv-9170

Dear Judge Nathan:

    We represent plaintiff in the above-referenced action. As Your Honor is aware, defendant Bank of America, N.A. has moved to dismiss the Amended Complaint. In accordance with Rule 3(E) of Your Honor's Individual Rules of Practice, we write respectfully to request oral argument in connection with defendant's motion.

    Thank you for your consideration of this request for oral argument.

                                                                Respectfully submitted,

                                                               Eric B. Fisher

cc:    All Counsel of Record (by e-mail)

DOCSNY-537576v1